

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Richard Scherer,  * Original Mandamus Proceeding

No. 11-23-00282-CV  * February 15, 2024

* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted in part. The Honorable Leah G. Robertson is directed to modify her order, consistent with this opinion, with respect to interrogatory nos. 4 and 7, and request for production nos. 22, 55 through 61, 67, and 68. A writ of mandamus will issue only if Judge Robertson fails to act by February 29, 2024.